IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| PFT TEXAS LLC et al,<br>Appellants,<br><br>v.<br><br>WATCHTOWER FIREARMS, LLC<br><br>Appellee. | §<br>§<br>§<br>§<br>§  Civil Action No. 4:25-cv-001112-O<br>§<br>§<br>§<br>§<br>§<br>§ |

### ORDER

Before the Court is Appellants PFT Texas, LLC et al's unopposed Motion to Extend Time to File Briefs (ECF No. 4), filed October 28, 2025. The Court finds it should be **GRANTED**. Accordingly, the Parties are **ORDERED** to adhere to the following briefing schedule:

- Appellants are directed to file their opening brief no later than **November 5, 2025**.

- Appellee is directed to file its response no later than **November 19, 2025**.

- Appellants are directed to file their reply no later than **December 1, 2025.**

**SO ORDERED** on this **30th day** of **October, 2025**.

_____
Reed O'Connor
**CHIEF UNITED STATES DISTRICT JUDGE**